IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00759-BNB

BARBARA MARTI,

Plaintiff,

v.

ROCKY MOUNTAIN UFCW, and
EMPLOYER PENSION PLAN,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 07 2008

GREGORY C. LANGHAM
                    CLERK

---

ORDER OF DISMISSAL

---

Plaintiff, Barbara Marti, filed *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court determined that the submitted documents were deficient. Therefore, in an order filed on April 15, 2008, Magistrate Judge Boyd N. Boland directed Plaintiff to file an amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 with pages two and three completed and to file an amended complaint that completed the blanks on the form provided to her.

On May 12, 2008, in response to the April 15, 2008, order to cure, Ms. Marti filed an amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 that mostly completed pages two and three but failed to list any defendants and an unsigned amended complaint that failed to list any basis for jurisdiction, any claims, or any request for relief.

On May 20, 2008, Magistrate Judge Boyd N. Boland ordered Ms. Marti to file within thirty days a second amended motion and affidavit for leave proceed pursuant to

28 U.S.C. § 1915 in which all the blank areas either are completed or Ms. Marti has written "N/A" or "not applicable" in the areas she purposely is leaving blank and to file a second amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Magistrate Judge Boland warned Ms. Marti that failure to comply to the Court's satisfaction with the specifics of the May 20 order would result in the dismissal of the amended complaint and the action without further notice. Ms. Marti has failed to comply with the May 20 order within the time allowed or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that amended complaint and the action are dismissed without prejudice for failure to prosecute and for failure to comply with the directives of the May 20, 2008, order within the time allowed. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 3 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00759-BNB

Barbara Marti
19591 E. 39th Avenue
Denver, CO 80249

 I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/7/8

        GREGORY C. LANGHAM, CLERK

        By: _____
           Deputy Clerk